UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ERIC GARCIA, | Case No. 3:25-cv-00156-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Petitioner Eric Garcia has attempted to initiate a petition for writ of habeas corpus under 28 U.S.C. § 2254. The Court dismissed his original petition with leave to file an amended petition because it was not on the Court's required form, did not substantially follow the form, and did not set forth any identifiable individual claims. (ECF No. 3.) The Court gave Garcia until May 11, 2025, to file an amended petition. The order was served on Garcia at his address of record. The deadline has passed, and Garcia has not filed an amended petition or contacted the Court in any manner. The Court expressly advised Garcia that failure to file an amended petition in conformance with its order would result in the dismissal of this action without prejudice and without further prior notice. (*Id*. at 2.)

It is therefore ordered that Petitioner's habeas action is dismissed without prejudice.

The Clerk of Court is further directed to enter judgment accordingly and close this case.

DATED THIS 3rd Day of June 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE